No. 71–5239. HARLESS *v.* TURNER, WARDEN. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for reconsideration in light of this Court's decision in *Coolidge* v. *New Hampshire,* 403 U. S. 443. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN dissent.

No. ——. FRIEDLAND *v.* JUSTICES OF THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT EN BANC. Request for reconsideration of application for extraordinary relief denied.

No. A–404. SKAGGS *v.* DIRECTOR OF DEPARTMENT OF MOTOR VEHICLES OF CALIFORNIA ET AL. Super. Ct. Cal., County of Los Angeles. Application for stay presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–462. DUNCANTELL *v.* INGRAHAM, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. A–379 (71–549). GIAMO *v.* FLORIDA. Sup. Ct. Fla. Application for stay denied.

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE). Motion of the United States for entry of a supplemental decree as to the State of Louisiana is set down for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier orders herein, see, *e. g.,* 403 U. S. 950.]